UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 6269 (GEL)

------------------------------------------------------------x

POP II, LLC.,

                        Plaintiff,

      - against -

UNION SQUARE HOSPITALITY GROUP, LLC.,

                        Defendant.

------------------------------------------------------------x

ECF CASE

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff POP II, LLC ("POP II") states that POP II has no parent corporation and that no publicly held corporation owns 10% or more of POP II's stock.

RECEIVED
JUL 10 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Dated: New York, New York
       July 10, 2008

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

By: _____
    James W. Dabney
    Victoria J. B. Doyle

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000

E-mail: james.dabney@friedfrank.com

Attorneys for Plaintiff
POP II, LLC.