UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
POP II, LLC,

                    Plaintiff,

            - against -

UNION SQUARE HOSPITALITY GROUP, LLC,

                    Defendant.
------------------------------------------------------------------x

**ECF CASE**

08 Civ. 6269 (GEL)

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the within action, with prejudice, as to defendant Union Square Hospitality Group, LLC.

Dated: New York, New York
        August 19, 2008

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

By: _____
    James W. Dabney
    Victoria J. B. Doyle

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000

E-mail: james.dabney@friedfrank.com

Attorneys for Plaintiff
POP II, LLC.